# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Gurpartap Singh Bhatti,

        Petitioner,

v.

Markwayne Mullin, et al.,

        Respondents.

**NO. CV-26-03230-PHX-MTL (JFM)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 11, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is dismissed and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

May 11, 2026

s/ K. Gray
By   Deputy Clerk